IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CHARLES ANTHONY PASCHAL, JR.,    )
    )
    Plaintiff,    )
    )
    v.    )    CV 126-042
    )
WARDEN DESHAWN JONES and    )
JOHN DOES, Georgia Department    )
of Correction Organization,    )
    )
    Defendants.    )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] (Doc. no. 30-1.) The Magistrate Judge recommended dismissing the case for failure to state a claim based not only on the facts presented and lack of information supporting a viable claim against a named Defendant, but also based on a failure to exhaust administrative remedies. (See doc. no. 27.) He also recommended denying Plaintiff's request to amend. (Id. at 3-4.)

Plaintiff listing numerous individuals working at Augusta State Medical Prison, to whom he refers as "stated alias named individuals" and who he claims are "all held responsible for having a part" in some type of alleged wrong-doing, does not save the case from dismissal.

---

[1]The Court **GRANTS** the request for an extension of time to file objections, (doc. no. 30), and has considered the information in the objections attached to the motion.

The information in the objections does not meet the pleading requirements of the Federal Rules of Civil Procedure and case law requiring allegations associating a defendant with a purported constitutional violation, as previously explained by the Magistrate Judge. (See id. at 2-3.) Nor do the objections address the issue of Plaintiff's failure to exhaust administrative remedies.

Accordingly, the Court **OVERRULES** all objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** the motion to amend, (doc. no. 24), **DISMISSES** the case because Plaintiff fails to state a claim upon which relief may be granted,[2] and **CLOSES** this civil action.

SO ORDERED this ___16th___ day of July, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]Because the case is dismissed the Court also **DENIES** the renewed request for appointment of counsel. (Doc. no. 31.)

2